# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM H. TURK | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 1:11-cv-00830-JOF |
| | : |
| REGAL NISSAN, INC. | : |
| | : |
| Defendant. | : |
| | : |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

COME NOW, Plaintiff William H. Turk and Defendant Regal Nissan, Inc. and jointly move for an Order approving the Confidential Settlement Agreement between the parties to resolve the Plaintiff's lawsuit asserting claims under the Fair Labor Standards Act.  As grounds for their Motion, Plaintiff and Defendant state as follows:

1. Plaintiff's Complaint asserts claims under the Fair Labor Standards Act ("FLSA") for compensatory damages consisting of unpaid overtime compensation, liquidated damages, attorney's fees and costs.  This claim arose pursuant to the FLSA, 29 U.S.C. §210, et seq. and therefore requires Court

approval.  Lynn's Foods Stores, Inc. v. United States, 679 F2d 1350, 1353 (11th Cir. 1982).

2. In order to approve a settlement proposed by an employer and employee, a court must determine that the settlement is a fair and reasonable resolution of a bona fide dispute of the claims raised pursuant to the FLSA. Id. at 1355.  If a settlement in an FLSA suit reflects a "reasonable compromise over issues," such as FLSA coverage or computation of back wages that are "actually in dispute," the court may approve the settlement "in order to promote the policy of encouraging settlement of litigation." Id. at 1354.

3. There is a bona fide dispute in this matter.  Defendant has denied that Plaintiff is entitled to any overtime compensation, back wages, liquidated damages, attorney's fees or costs because Plaintiff's position was exempt from overtime compensation requirements pursuant to 29 U.S.C. §213(b)(10).  Further, Defendant has asserted that the applicable statute of limitations in this matter is two years.  Within the two years preceding that date of filing this lawsuit, Plaintiff received only two pay checks from Defendant, with a total of 28.08 overtime hours.  Finally, Defendant has asserted that it had legitimate and reasonable grounds for Plaintiff's termination.

4. In an effort to avoid expenses associated with the litigation of this action and any appeal or post-verdict motions that may be filed, the parties have

reached a settlement agreement and have memorialized the agreement in a document titled Confidential Settlement Agreement (the "Agreement").

5. The parties assert that the settlement is a fair, adequate and reasonable compromise of Plaintiff's claims under the FLSA given the facts and circumstances of the case.

6. The parties stipulate to the final dismissal order being entered by the Court.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter an Order approving the settlement and finding that the Agreement is a fair, adequate and reasonable resolution.

Respectfully submitted, this 20th day of September, 2011.

/s/ John C. Bach, Esq.
JOHN C. BACH
Georgia State Bar No. 030375

/s/ Layne M. Kamsler, Esq.
LAYNE M. KAMSLER
Georgia State Bar No. 415327
Attorneys for Defendant

Bach, Dewberry & Hipes, LLC
3655 Brookside Parkway
Suite 150 Brookside Two
Alpharetta, GA 30022
Telephone: 770-664-4087
Fax: 770-664-4089
lkamsler@bdhlawfirm.com

/s/ Clifford H. Hardwick, Esq.
CLIFFORD H. HARDWICK, Esq. (with express permission)
Georgia State Bar No. 325675
Attorney for Plaintiff

Roswell Professional Park
11205 Alpharetta Highway
Building E, Suite One
Roswell, GA 30076-1442
770-772-4700
chh@bellsouth.net

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIAM H. TURK | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. 1:11-cv-00830-JOF |
| | : | |
| REGAL NISSAN, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of September, 2011, a true and exact copy of the foregoing **Joint Motion for Approval of Settlement Agreement** has been filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia and served by operation of the Court's electronic filing system and by U.S. First Class Mail, with proper postage affixed, to:

> Clifford H. Hardwick
> Roswell Professional Park
> 11205 Alpharetta Highway, Building E, Suite One
> Roswell, GA 30076-1442

and to all other parties listed in the Court's electronic filing system.

This 20th day of September, 2011.

s/ Layne M. Kamsler, Esq.
Layne M. Kamsler
Georgia Bar No. 415327

4

5

lkamsler@bdhlawfirm.com

BACH, DEWBERRY & HIPES, LLC
Suite 150, Brookside Two
3655 Brookside Parkway
Alpharetta, Georgia  30022
Tel: (770) 664-4087
Fax: (770) 664-4087