FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 22 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM H. TURK | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : FILE NO. 1:11-cv-00830-JOF |
| REGAL NISSAN, INC. | : |
| Defendant. | : |

## ORDER APPROVING SETTLEMENT

This matter is before the court on Plaintiff's and Defendant's joint motion for approval of settlement agreement, the parties' joint motion filing settlement agreement under seal and the parties' stipulation of dismissal with prejudice. After having reviewed the motions and the stipulation, and for good cause shown,

The court GRANTS both motions. The settlement agreement is hereby approved, and the Clerk of the Court is DIRECTED to file the settlement agreement under seal.

It is further ORDERED that all claims of the named Plaintiff are dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2011.

_____
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE